UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-5
　　　　　　　　　　　　　　　　　　　　　　HON. JANET T. NEFF
DEREK ALAN DECOTA,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 11, 2018, for an initial appearance and arraignment on the indictment filed March 20, 2018. The government requested the defendant be detained pending further proceedings and the pretrial services report recommended the same; there is also a warrant pending out of state court. Defendant reserved the right to request a detention hearing at a later time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                      */s/ Timothy P. Greeley*
                                      TIMOTHY P. GREELEY
                                      UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2018